# EXHIBIT A

# IMAGE OF THE BILLBOARD

# EXHIBIT A

