Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com

*Attorneys for Defendant Avelo, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROTON ASSOCIATES LLC, and SETH MILLER,<br><br>              Plaintiffs,<br><br>v.<br><br>AVELO, INC.,<br><br>              Defendant. | Case No. 2:25-cv-00856-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLANT**<br><br>(First Request) |

        Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiffs Proton Associates LLC and Seth Miller (together, "Plaintiffs" or "Miller"), and Defendant Avelo, Inc. ("Defendant" or "Avelo"), hereby agree and stipulate to extend the time for Avelo to file and serve its response to the Complaint, filed on May 16, 2025, the response to which is currently due on Wednesday, June 11, 2025, and in support of such, state the following:

        1.     The Complaint in this action was filed on May 16, 2025 (ECF No. 1) and Avelo was served with the Summons and Complaint on May 21, 2025 (ECF No. 7).

        2.     Avelo has recently retained its undersigned litigation counsel who, in light of their existing obligations to other clients, as well as their professional, and personal schedules, require additional time to investigate the factual and legal bases for the Complaint and to prepare and file a response to the Complaint.

        3.     Accordingly, Avelo's counsel has requested, and Plaintiffs' counsel has agreed, to a one-week extension of time for Avelo to file and serve its response to the Complaint, from Wednesday, June 11, 2025 to Wednesday, June 18, 2025.

- 1 -

4929-4774-7914, v. 1

4.    This is the parties' first request to extend the deadline for Avelo to file and serve its response to the Complaint. The parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of this action, and not for purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | BRAVO SCHRAGER LLP |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>Joanna M. Myers, Esq.<br>Nevada Bar No. 12048<br>3800 Howard Hughes, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 257-1483<br>Email: jwf@h2law.com<br>Email: jmm@h2law.com<br><br>*Attorneys for Defendant Avelo, Inc.* | By: /s/ Daniel Bravo<br>Bradley S. Schrager, Esq.<br>Nevada Bar No. 10217<br>Daniel Bravo, Esq.<br>Nevada Bar No. 13078<br>6675 South Tenaya Way, Suite 200<br>Las Vegas, NV 89113<br>Telephone: (702) 996-1724<br>Email: bradley@bravoschrager.com<br>Email: daniel@bravoschrager.com<br><br>GERSTEIN HARROW LLP<br>Charles Gerstein, Esq.<br>Will comply with LR IA 11-2<br>400 7th Street, N.W., Suite 304<br>Washington, D.C. 20025<br>Telephone: (202) 670-4809<br>Email: charlie@gerstein-harrow.com<br><br>GERSTEIN HARROW LLP<br>Jason Harrow, Esq.<br>Will comply with LR IA 11-2<br>12100 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br>Telephone: (323) 744-5293<br>Email: jason@gerstein-harrow.com<br><br>*Attorneys for Plaintiffs*<br>*Proton Associates LLC and Seth Miller* |

**IT IS SO ORDERED:**

[signature]

UNITED STATES MAGISTRATE JUDGE

DATED: June 6, 2025

4929-4774-7914, v. 1