# Exhibit A

Exhibit A



**Does your vacation support their deportation?**

Today more than ever how and who we travel with matters. Your next trip could be supporting the next deportation flight.

Learn more below, or **donate today** to help keep air travel accountable

.

It is a simple question, one you probably never considered. But now, every traveler flying with Avelo must consider the impact of that decision. In early April the carrier announced a deal to operate three aircraft on behalf of DHS/ICE, handling deportation flights from Mesa, AZ to foreign destinations. And the CEO is clear: deportation flights and the carrier's regular passenger flights are closely linked.

> "We realize this is a sensitive and complicated topic. After significant deliberations, we determined this charter flying will provide us with the stability to continue expanding our core scheduled passenger service and keep our more than 1,100 Crewmembers employed for years to come."
>
> - Avelo Airlines Founder and CEO Andrew Levy

Every business makes decisions on who it partners with. Similarly, every consumer must choose which businesses to patronize.

Picking a business that puts profits ahead of humanity is a bad choice.

**That's why we're asking you to just say "avelNO!" and not fly with Avelo until it stops operating charters for ICE.**

Our campaign is working hard to get the word out, starting with a billboard near the carrier's main operations at New Haven's Tweed Airport.



*Our billboard will look something like this; final design still TBD*

Your support will enable us to extend and expand that messaging.

The most important thing you can do is not fly Avelo. And if you're able, **we'd appreciate your support** for the avelNO! campaign.





*Keep the Avelo cabins this empty; just say avelNO!*

If you'd like to donate more than $999 *this link can help* with that.

avelNO! is a project of the AvGeek Action Alliance