# Exhibit B

Exhibit B

## Welcome to the AvGeek Action Alliance



**Aviation is a global industry. People, goods, ideas, and more all cross the globe easily and efficiently thanks to planes and the millions of people supporting them. Planes connect families, link cultures, and help tear down the barriers between us. That's a good thing.**

### *Help Support the Alliance!*

**But those same systems can also be used for ill. Planes are used to move weapons, to facilitate deportations, and otherwise destroy families and society.**

> *"Travel is fatal to prejudice, bigotry, and narrow-mindedness, and many of our people need it sorely on these accounts. Broad, wholesome, charitable views of men and things cannot be acquired by vegetating in one little corner of the earth all one's lifetime."*
>
> - Mark Twain, The Innocents Abroad / Roughing It

**The AvGeek Action Alliance is committed to supporting the positive parts of the industry, while aggressively calling out those who choose otherwise. In short, every business must make a decision as to who it partners with. Similarly, every consumer must choose which businesses to patronize.**

**Picking a business that puts profits ahead of humanity is a bad choice.**

> *"Perhaps travel cannot prevent bigotry, but by demonstrating that all peoples cry, laugh, eat, worry, and die, it can introduce the idea that if we try and understand each other, we may even become friends."*
>
> - Maya Angelou, Wouldn't Take Nothing for My Journey Now

**Your support - financial or otherwise - helps us get the message out, to hold companies accountable for their actions. Please help share our message.**

### Our Actions:

- The aveINO! campaign, urging travelers to avoid travel with Avelo based on the carrier's recently signed deal to operate three aircraft for deportation flights on behalf of ICE



*Our billboard will look something like this; final design still TBD*

### *Help Support the Alliance!*

If you'd like to donate more than $999 *this link can help* with that.

---

*The fine print:*

*Your donations will help support our efforts to amplify our messaging around various aviation-related social justice issues. We're also open to suggestions for issues that need to be addressed.*

*Note: We are **NOT** a 501(c)3. Your donations are **NOT** tax deductible. Sorry about that. That's on the to do list, but we're not there yet. That said, 100% of all donations, less CC fees, will be used for the campaigns. No overhead here.*

*Please address any questions, concerns, requests, suggestions, or hate mail to the AvGeek Action Alliance team.*

*We do not collect any information about visitors to this site. If you donate to the group some information is collected by Stripe for billing purposes. We will never share, sell, rent, publicize, or otherwise do anything with that data, other than to maybe send a thank you note at some point.*

*© Proton Associates, LLC d/b/a AvGeek Action Alliance*



AvGeek Action Alliance

Pay AvGeek Action Alliance

## $1.00

| Donation to AvGeek Action Alliance | $1.00 |
|---|---|
| Thank you for supporting our efforts with your donation. | |
| Qty 1 ▾ | |

| Subtotal | $1.00 |
|---|---|
| Tax ⓘ | $0.00 |
| Total due | $1.00 |

Contact information

Email

Payment method

○ Card    VISA 🅜 🅴 🄳

○ Amazon Pay

○ Klarna

○ Bank

☑ Save my info for 1-click checkout with Link
Securely pay on AvGeek Action Alliance and everywhere Link is accepted.

🇺🇸 (201) 555-0123

link

**Donate**

By clicking Donate, you agree to the Link Terms and Privacy Policy.

Powered by stripe

Terms    Privacy