# Exhibit C

# Exhibit C

https://donate.stripe.com/blYbKh7eX0KJbo45kk

May 8, 2025

AvGeek Action Alliance

Pay AvGeek Action Alliance

## $1.00

| Donation to AvGeek Action Alliance | $1.00 |
|---|---|
| Thank you for supporting our efforts with your donation. | |
| Qty 1 ⌄ | |

| Subtotal | $1.00 |
|---|---|
| Tax ⓘ | $0.00 |
| Total due | $1.00 |

Contact information

Email

Payment method

○  💳  Card                          VISA ▪▪ ▪▪ ▪▪

○  pay  Amazon Pay

○  K  Klarna

○  🏛  Bank

☑ **Save my info for 1-click checkout with Link**
Securely pay on AvGeek Action Alliance and everywhere Link is accepted.

🇺🇸 (201) 555-0123

◉ link

**Donate**

By clicking Donate, you agree to the Link Terms and Privacy Policy.

Powered by stripe

Terms    Privacy