# Exhibit D

# Exhibit D



RUSSEL O. PRIMEAUX, OF COUNSEL
PH 225.382.3454
RUSSEL.PRIMEAUX@KEANMILLER.COM

May 15, 2025

*Via Email Only – dsmith@resonateip.com*

Mr. Drew Smith
Resonate IP, LLC
115 NW Oregon, Suite 12
Bend, OR 97703

Re:     May 9, 2025 Letter Concerning
        Avelo Airline's Trademarks
        File No. 78-40235

Dear Mr. Smith:

I am writing in response to your May 9, 2025 letter. Please be advised our firm represents Lamar Advertising Company ("Lamar") in connection with its intellectual property matters.

Lamar respects the intellectual property rights of others and takes claims of infringement very seriously. To that end, upon receiving your letter, Lamar promptly took action to assess the claims made in your letter. Per your request, Lamar is in the process of taking down the billboard copy mentioned in your letter. You also requested that Lamar cease its relationship with Proton Associates, LLC and its founder, Seth Miller. Lamar will not be granting that request because it goes beyond the scope of the dispute at hand.

We are hopeful that our response will alleviate your client's concerns and bring this matter to a close. This letter in no way constitutes a waiver of any counterclaims or defenses which Lamar may have available to it in the event of any litigation with your client. Additionally, this letter is written without prejudice to any claim for damages or other relief which my client may have.

Very truly yours,

Russel O. Primeaux

ROP/rop

T 225.387.0999 | F 225.388.9133
II City Plaza | 400 Convention Street Suite 700 | Baton Rouge, LA 70802
Post Office Box 3513 | Baton Rouge, LA 70821
keanmiller.com

4824-8828-9753 v2