# Exhibit E

# Exhibit E

https://www.newhavenindependent.org/article/avelo_protest_lawsuit
June 13, 2025

Sections
Neighborhoods
Features
WNHH Radio
(BEST OF) CRIMINAL JUSTICE INSIDER
ACOUSTIC THURDAY @STUDIO 51
ARTS RESPOND! WITH LUCY GELLMAN
CANNABIS CORNER
DATELINE NEW HAVEN
ECONOMIC UPDATE
F.L.Y. TALK
INDEPENDENT PROJECT
JAZZ HAVEN
JUST-IN TIME CONVERSATIONS
KICA'S CORNER
LA VOZ RADIO
LAW, LIFE & CULTURE WITH BETSY KIM
LIQUID LUNCH WITH KEVIN WATSEY
LOVEBABZ LOVETALK
MARCEYLYNN, ONCE AGAIN
NORTHERN REMEDY
PRESTON & EZ BLUEZ
ROOTS WORLD RADIO
THE MUNICIPAL VOICE
THE PETE MEZZETTI SHOW
THE TOM FICKLIN SHOW
TUESDAYS @ THE MEDITERRANEA CAFE
URBAN TALK RADIO
Follow Us
facebook
TWITTER
NHI Newsletter
SIGN UP
Legal Notices
AGENCY ON AGING
BOARD OF ALDERS
CITY CLERK
ELECTIONS
HAMDEN
HOUSING AUTHORITY
OTHER
PARKING AUTHORITY
PROBATE
WNHH
Government/ Community Links
DAE
'r Kids Family Center
Agency on Aging
AIDS Project NH
ALIVE
All Our Kin
Animal Shelter Volunteers
Arte Inc.
Arts Council
Arts In CT
Artspace
Beth El Keser Israel
Big Brothers Big Sisters
Bike New Haven
Black Infinity Collective
Boys & Girls Club
Cancer Support
CASA of Southern CT
Chabad of Westville
Chamber of Commerce
Children's Museum
Christian Community Action
City of New Haven
CitySeed
Citywide Youth
Clifford Beers
Columbus House
Community Action Agency
Community Mediation
ConnCAN
Continuum of Care
Continuum Recovery Services
Cornell Scott—Hill Health Center
Creative Arts Workshop
CT BAEO
CT Best Restaurants
CT Tech Council
Data Haven
Downtown Evening Soup Kitchen
EcoWorks
Elm City Cycling
Elm Shakespeare
Ely Center of Contemporary Art
Empower NH
Fair Haven Community Health
Fellowship Place
Friends Of Wooster Sq.
GAVA
Gay Men's Chorus
GNH Community Chorus
Habitat For Humanity
Hamden CERT
Historic Wooster Sq. Assn.
Info New Haven
INFO NH Calendar
IRIS
Jazz Haven
Jewish Family Service
Jewish Historical Society
Jewish Federation
Job Finder
Junta
Labor History
Lawyer Finder
LEAP
Legal Aid Network
Liberty Safe Haven
Life Haven
Literacy Coalition
Literacy Volunteers of New Haven
LWV CT

## Anti-Avelo Billboards Are Coming Back

by THOMAS BREEN | May 28, 2025 4:24 pm

(17) Comments | Post a Comment | E-mail the Author

Posted to: Morris Cove, Politics, Transportation

New billboards, coming soon to highway near Tweed.

The former billboard that Avelo criticized as copyright infringement.

Avelo-boycott billboards will soon go back up on the highway near Tweed New Haven Airport — as a New Hampshire state lawmaker has redesigned his protest message in response to the budget airline's claims of copyright infringement.

All the while, that same state lawmaker is waging a legal battle in federal court in Nevada over his right to criticize the company's deportation flights for the Trump administration.

Seth Miller — a state representative from Dover, New Hampshire, and an independent aviation journalist — detailed those plans Wednesday during an online press conference hosted by The Coalition to Stop Avelo.



New Hampshire lawmaker Seth Miller: New billboards should be "back up within a few days."

Roughly three dozen protest organizers and reporters from across the country tuned in to the Zoom call to hear about the group's ongoing efforts to convince flyers not to use Avelo in protest of their decision to help the Trump administration remove migrants. Avelo flies 30 passenger-travel direct routes from Tweed New Haven Airport; it began its deportation flights on May 12 out of an airport in Mesa, Arizona.

"Avelo is a financially struggling company, poorly managed, poorly financed, and has by their own admission taken the ICE [Immigration and Customs Enforcement] contract in order to maintain their bottom line and profit," said Oregon-based protester Matthew Boulay. "It's shameful."

Boulay described the group's "battle against Avelo as a proxy battle against the worst excesses and abuses of the Trump administration." The group is working to have "Avelo end its ICE contract or put Avelo out of business. That is our mission."

He also praised the New Haven Immigrants Coalition for their online boycott campaign against Avelo that helped get the word out across the nation about the company's decision to charter deportation flights. "Shout out and thank you to New Haven," he said.

Avelo CEO Andrew Levy has defended the deportation contract as a way to bolster the company's financial health at a time of increased competition to its New Haven passenger-travel business.

"The safety and well-being of our Crewmembers (employees), Customers and all individuals involved is our highest priority," Avelo spokesperson Courtney Goff told the Independent for this story. "While we recognize the right of individuals to peacefully protest, Avelo's main priority will continue to be maintaining the safety and timeliness of our operation."

In addition to Boulay, speakers at Wednesday's presser included Sandra Hernandez-Lomeli of the Oregon-based group Latinos Unidos Siempre, Bienvenidos, Alexander Flood from the office of New York State Sen. Patricia Fahy, and Miller.

During his time at the virtual mic, Miller spoke about his effort to protest Avelo by placing protest messages on billboards near Tweed airport. The resulting legal kerfuffle earned him a cease and desist order from Avelo over alleged copyright infringement, and a subsequent writeup in the New York Times.

Miller, a first-term state legislator in New Hampshire, said that this Avelo-boycott protest is "personal," given his lifelong love of aviation. "Aviation is the thing that connects. It is not a thing that tears apart."

Given that "80 percent" of Avelo's business is based out of Tweed, Miller decided New Haven is where the company is "most vulnerable."

And so, on April 25, he entered into a contract with a company called Lamar Advertising Corporation to lease three billboards, one from May 5 to May 25, one from May 5 to June 1, and one from June 2 to June 15, all on I-95 near Tweed airport.

The first two billboards went up on May 5.

"Does your vacation support their deportation?" the billboards read. "Just say aveINO!" Below that message read, "Paid for by AvGeek Action Alliance — aveINO.com". The yellow and purple colors of the billboard as well as the font used for the "aveloNO" message mimic that of Avelo's official company logo. The billboard also includes a picture of the tail fin of an Avelo plane.

As Miller said on Wednesday — and as documented in a federal lawsuit he filed against Avelo in Nevada on May 16 — the budget airline's lawyer sent him a cease-and-desist order on May 9, telling him to take down the billboards.

"Given your clear familiarity with Avelo and its trademarks, the blatant use of our client's trademarks and trade dress with 'The aveINo! campaign,' and associated websites, billboards, and marketing material, constitutes deliberate and willful trademark infringement and unfair competition," attorney Drew Smith wrote to Miller.

Miller noted that Avelo's lawyer sent a similar letter to Lamar, the billboard company Miller had a lease with. The billboards then came down. "On May 15, Miller spoke with a Lamar representative. She told Miller that because of Avelo's letter, Lamar had taken down Miller's billboards," he wrote in his lawsuit.

And so Miller and his company Proton Associates, LLC filed a lawsuit against Avelo in Nevada federal court, seeking "a declaratory judgment that his campaign does not infringe Avelo's trademarks, trade dress, or copyright". Miller said that his billboards did not commit any such copyright infringement in part because "it clearly mocks Avelo's trademark, and it is therefore paradigmatic protected speech."

"Avelo is free to disagree with Miller, to criticize him, and to advocate its position to the public," Miller's lawsuit reads. "It is free to call Miller a naif, a fool, or worse. But it is not free to use baseless threats of litigation to suppress Miller's criticism. This Court should declare that Miller does not violate Avelo's copyright, trademark, and trade dress, and allow the public to continue seeing Miller's free speech."

At Wednesday's press conference, Miller added that, while this legal battle plays out in Nevada, "the billboards are going back up" in New Haven.

He told the Independent that he approved the new art on Tuesday, and he expects the new billboards to be "back up within a few days."

The new billboard designs, pictured at the top of this story, are in blue, white, and black, and bear the messages: "Does your vacation support their deportation? Just Say no to Avelo" and "You'll get ice with your soda. They'll fly shackled by ICE. Just Say no to Avelo." Both also state that they are paid for by AvGeek Action Alliance.

"Thanks for staying strong [and] not getting scared," Boulay said to Miller at Wednesday's presser. "It's a great story that's not over yet."

EVENTS CALENDAR
Fri May 30, 2025 5:30 pm – 10 pm
Derby 350 Weekend Celebration Derby
Come Celebrate On The Derby Green
view event details »
Fri May 30, 2025 7 – 9 pm
Create Resin Jewelry
Learn to make jewelry with resin
view event details »
view the full calendar »

PosterWall     ADD YOUR POSTER

News Feeds
N.H.I. RSS 2.0 Feed
N.H.I. Atom Feed

Sponsors

N.H.I. Site Design & Development



