# EXHIBIT B

# IMAGE OF THE BILLBOARD

# EXHIBIT B

