Charles Gerstein
(*pro hac vice application filed*)
Jeremy Shur
(*pro hac vice application forthcoming*)
GERSTEIN HARROW LLP
400 7th Street NW, Suite 304
Washington, DC 20025
charlie@gerstein-harrow.com
(202) 670-4809

Jason Harrow
(*pro hac vice application filed*)
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Suite 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

Bradley S. Schrager, Esq. (SBN 10217)
Daniel Bravo, Esq. (SBN 13078)
BRAVO SCHRAGER LLP
6675 South Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Tele.: (702) 996-1724
Email: bradley@bravoschrager.com
Email: daniel@bravoschrager.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PROTON ASSOCIATES LLC, and SETH MILLER,<br><br>    Plaintiffs<br><br>v.<br><br>AVELO, INC.,<br><br>    Defendant | Case No.: 2:25-cv-00856-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTIONS FOR PRELIMINARY INJUNCTION AND/OR TRO (ECF Nos. 16, 17)**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 26] |

**STIPULATION**

On June 24, 2025, Defendant filed Motions for Temporary Restraining Order and Preliminary Injunction, ECF Nos. 16, 17. Under this Court's Local Rules, Plaintiff's opposition is due on July 8, 2025. Because the time to respond includes the Independence Day Holiday when Plaintiff's counsel has travel plans and other obligations, and to give Plaintiff sufficient time to thoroughly respond, Plaintiff has requested an additional seven days to file an opposition brief, to and including July 15, 2025. Defendant agrees to the extension request provided that Plaintiffs shall not use Defendant's agreement to this request in support of any laches-based argument.

Accordingly, pursuant to stipulation, the Court hereby ORDERS that Plaintiff's time to respond to Defendants' Motions for Temporary Restraining Order and Preliminary Injunction, ECF Nos. 16, 17, is extended to and including July 15, 2025.

| | |
|---|---|
| **HOWARD & HOWARD ATTORNEYS PLLC** | **BRAVO SCHRAGER LLP** |
| /s/ Jonathan W. Fountain | /s/ Daniel Bravo |
| Jonathan W. Fountain, Esq. | Bradley S. Schrager, Esq. (SBN 10217) |
| Nevada Bar No. 10351 | Daniel Bravo, Esq. (SBN 13078) |
| Joanna M. Myers, Esq. | 6675 South Tenaya Way, Suite 200 |
| Nevada Bar No. 12048 | Las Vegas, Nevada 89113 |
| 3800 Howard Hughes, Suite 1000 | |
| Las Vegas, NV 89169 | Charles Gerstein |
| Telephone: (702) 257-1483 | (*pro hac vice application filed*) |
| Email: jwf@h2law.com | GERSTEIN HARROW LLP |
| Email: jmm@h2law.com | 400 7th Street NW, Suite 304 |
| | Washington, DC 20025 |
| *Attorneys for Defendant* | |
| | Jason Harrow |
| | (*pro hac vice application filed*) |
| | GERSTEIN HARROW LLP |
| | 12100 Wilshire Blvd. Suite 800 |
| | Los Angeles, CA 90025 |
| | |
| | *Attorneys for Plaintiffs* |

### ORDER

Based on the parties' stipulation, it is ordered that the plaintiffs' deadline to respond to the defendant's motions for Temporary Restraining Order and Preliminary Injunction, ECF Nos. 16, 17, is extended to and including July 15, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 27, 2025