Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com

Andrew M. Smith, Esq.
Oregon Bar No. 172774
Has complied with LR IA 11-2
RESONATE IP, LLC
115 N.W. Oregon Ave., Suite 12
Bend, Oregon 97703
Telephone: (541) 240-8020
Email: dsmith@resonateip.com

*Attorneys for Defendant Avelo, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROTON ASSOCIATES LLC, and SETH MILLER,<br><br>                 Plaintiffs,<br>   v.<br><br>AVELO, INC.,<br><br>                 Defendant. | Case No. 2:25-cv-00856-CDS-BNW<br><br>**DECLARATION OF JONATHAN W. FOUNTAIN IN SUPPORT OF DEFENDANT AVELO, INC.'S MOTION TO DISMISS COUNTS I AND III OF THE FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |

I, Jonathan W. Fountain, state the following:

1.        I am over eighteen (18) years of age and am an attorney duly admitted to practice before all courts in the State of Nevada and am a Member of Howard & Howard Attorneys PLLC, counsel for Defendant and Counterclaimant Avelo, Inc. ("Avelo"). I make this declaration in support of Defendant Avelo Inc.'s Motion to Dismiss Counts I and III of the First Amended Complaint for Lack of Subject Matter Jurisdiction.  I have personal knowledge of the facts set forth herein except as stated otherwise.  If called to testify, I would competently testify to the

- 1 -

4901-9812-7699, v. 1

HOWARD & HOWARD ATTORNEYS PLLC

1    same.

2        2.      On June 25, 2025, Plaintiffs' counsel, Jason Harrow, emailed me with several

3    procedural proposals.  In one proposal, Mr. Harrow requested a 7-day extension of time for

4    Plaintiffs to respond to Avelo's pending TRO and preliminary injunction motions, indicating

5    Plaintiffs willingness "to agree now that the PI and TRO motions you filed continue to apply to

6    any counterclaims you may assert that are substantially similar to the two you initially asserted."

7    In another proposal, Mr. Harrow requested that Avelo agree to extend the deadline for Plaintiffs to

8    answer or otherwise respond to Avelo's counterclaims, or to any counterclaims it may reassert in

9    response to the First Amended Complaint, until 14 days following the Court's decision on Avelo's

10   pending TRO and preliminary injunction motions.

11       3.      I responded to Mr. Harrow on June 26, 2025, with a counterproposal indicating

12   Avelo's willingness to agree to the proposed extension of time if Plaintiffs would agree not to use

13   the extension in support of a laches argument.  The counterproposal I offered also requested that

14   Plaintiffs agree to stipulate to dismiss Counts I and III of the First Amended Complaint with

15   prejudice and without an award of attorneys' fees or costs made to any party.  My email stated, in

16   part, as follows: "We are willing to stipulate that Plaintiffs need not answer the re-asserted

17   Counterclaims until 21 days after the Court decides the later of the TRO/PI motions if Plaintiffs

18   will stipulate to dismiss Counts 1 and 3 with prejudice and without an award of attorneys' fees or

19   costs to any party, with respect to those claims only, *as Avelo does not intend to pursue copyright*

20   *infringement or trademark dilution claims against Plaintiffs*."

21       4.      Mr. Harrow responded that same day rejecting the counterproposal I offered

22   stating, in part, that, Plaintiffs were "not interested in dismissing those counts at this time . . . ."

23       5.      On June 27, 2026, I responded to Mr. Harrow, clarifying Avelo's position on the

24   requested extension of time for Plaintiffs to respond to the pending TRO and preliminary

25   injunction motions and proposing the parties "table" the discussion with respect to the dismissal of

26   Count I and III.

27       6.      On June 27, 2025, Mr. Harrow responded to me with a proposed stipulation and

28   order for the extension of time.

*HOWARD & HOWARD ATTORNEYS PLLC*

4901-9812-7699, v. 1

7.    To date, however, Plaintiffs have not agreed to the dismissal of Counts I and III with prejudice despite the fact that Avelo has affirmatively stated its intent not to pursue those claims.

8.    True and accurate copies of each of the foregoing emails are attached hereto as Exhibit A.

* * *

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 9, 2025

                                    /s/ Jonathan W. Fountain                  

                                    JONATHAN W. FOUNTAIN.

HOWARD & HOWARD ATTORNEYS PLLC

4901-9812-7699, v. 1