Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com
Email: clg@h2law.com

*Attorneys for Defendant Avelo, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROTON ASSOCIATES LLC, and SETH MILLER,<br><br>                Plaintiffs,<br>v.<br><br>AVELO, INC.,<br><br>                Defendant. | Case No. 2:25-cv-00856-CDS-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>(First Request) |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiffs Proton Associates LLC and Seth Miller (together, "Plaintiffs" or "Miller"), and Defendant Avelo, Inc. ("Defendant" or "Avelo"), hereby agree and stipulate, and request the Court's permission to extend the following briefing and response deadlines:

1.  On June 24, 2025, Avelo filed its Motions for a Preliminary Injunction and Temporary Restraining Order, ECF Nos. 16, 17. Plaintiffs filed their response to the motions on July 15, 2025 (ECF No. 41). Under the Local Rules, Avelo's reply is due within seven days of Plaintiffs' filing, on July 22, 2025. *See* L.R. 7-2(b) (providing seven days to file replies).

2.  On June 30, 2025, Avelo filed its Motions for Reconsideration, ECF No. 32. Plaintiffs filed their response to the motion on July 14, 2025 (ECF No. 39). Under the Local Rules, Avelo's reply is due within seven days of Plaintiffs' filing, on July 21, 2025. *See* L.R. 7-

4925-8033-9542, v. 2

2(b) (providing seven days to file replies).

3. On July 9, 2025 Avelo filed a Motion to Dismiss two counts of the Amended Complaint, ECF No. 36. Under the Local Rules, a response to the motion would be due within fourteen days of Defendant's filing, on July 23, 2025. *See* L.R. 7-2(b) (providing fourteen days to file responses to motions). Given the time spent by Plaintiffs responding to the motions filed by Defendant, and because Plaintiffs believe it would be more efficient to file their response after seeing Defendant's reply to the Motions for a Preliminary Injunction and Temporary Restraining Order (which Defendants request to extend below), the Parties agree to extend the deadline for Plaintiffs to file their response to Defendant's Motion to Dismiss, ECF No. 36, from July 23, 2025 to August 13, 2025.

4. On July 9, 2025 Avelo filed its Answer and First Amended Counterclaims, ECF No. 37. Under the Federal Rules, a response to the counterclaims would be due within fourteen days of Defendant's filing, on July 23, 2025. *See* Fed. R. Civ. P. 15(a)(1)(3) (responses to amended pleadings due within fourteen days of pleading). Given the time spent by Plaintiffs responding to the motions filed by Defendant, and because Plaintiffs believe it would be more efficient to file their response after seeing Defendant's reply to the Motions for a Preliminary Injunction and Temporary Restraining Order (which Defendants request to extend below) the Parties agree to extend the deadline for Plaintiffs to file their response to the counterclaims, ECF No. 37, from July 23, 2025 to August 13, 2025.

5. In accordance with the foregoing, and in light of the time required to draft and file replies in support of its Motion for Reconsideration and its Motions for Preliminary Injunction and Temporary Restraining Order, the parties agree to extend the time for Avelo to file its reply in support of its Motion for Reconsideration (ECF No. 32) from July 21, 2025 to August 6, 2025, and the time for Avelo to file its reply in support of its Motions for a Preliminary Injunction and Temporary Restraining Order (ECF Nos. 16, 17), from July 22, 2025 to August 6, 2025.

6. This is the parties' first request to extend the foregoing deadlines. The parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of this action, and not for purposes of undue delay.

4925-8033-9542, v. 2

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | GERSTEIN HARROW LLP |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>Joanna M. Myers, Esq.<br>Nevada Bar No. 12048<br>Caleb L. Green, Esq.<br>Nevada Bar No. 15234<br>3800 Howard Hughes, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 257-1483<br>Email: jwf@h2law.com<br>Email: jmm@h2law.com<br>Email: clg@h2law.com<br><br>*Attorneys for Defendant Avelo, Inc.* | By: /s/ Jason Harrow<br>Jason Harrow, Esq.<br>Has complied with LR IA 11-2<br>12100 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br>Telephone: (323) 744-5293<br>Email: jason@gerstein-harrow.com<br><br>Charles Gerstein, Esq.<br>Has complied with LR IA 11-2<br>400 7th Street, N.W., Suite 304<br>Washington, D.C. 20025<br>Telephone: (202) 670-4809<br>Email: charlie@gerstein-harrow.com<br><br>BRAVO SCHRAGER LLP<br>Bradley S. Schrager, Esq.<br>Nevada Bar No. 10217<br>Daniel Bravo, Esq.<br>Nevada Bar No. 13078<br>6675 South Tenaya Way, Suite 200<br>Las Vegas, NV 89113<br>Telephone: (702) 996-1724<br>Email: bradley@bravoschrager.com<br>Email: daniel@bravoschrager.com<br><br>*Attorneys for Plaintiffs*<br>*Proton Associates LLC and Seth Miller* |

**IT IS SO ORDERED:**

[signature]

UNITED STATES MAGISTRATE JUDGE

DATED: July 18, 2025

- 3 -

4925-8033-9542, v. 2