Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com
Email: clg@h2law.com

Andrew M. Smith, Esq.
Oregon Bar No. 172774
Has complied with LR IA 11-2
RESONATE IP, LLC
115 N.W. Oregon Ave., Suite 12
Bend, Oregon 97703
Telephone: (541) 240-8020
Email: dsmith@resonateip.com

*Attorneys for Defendant Avelo, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROTON ASSOCIATES LLC, and SETH MILLER,<br><br>         Plaintiffs,<br>v.<br>AVELO, INC.,<br><br>         Defendant. | Case No. 2:25-cv-00856-JCM-BNW<br><br>**DECLARATION OF JOANNA M. MYERS IN SUPPORT OF DEFENDANT AVELO, INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Joanna M. Myers, state the following:

1.    I am over eighteen (18) years of age and am an attorney duly admitted to practice before all courts in the State of Nevada and am a Member of Howard & Howard Attorneys PLLC, counsel for Defendant and Counterclaimant Avelo, Inc. ("Avelo"). I make this declaration in support of Avelo's Reply In Support of Its Moton for Temporary Restraining Order and Preliminary Injunction. I have personal knowledge of the facts set forth herein except as stated otherwise. If called to testify, I would competently testify to the same.

4902-6833-2878, v. 3

2. On July 28, 2025, I visited the New Hampshire Secretary of State's Office Website located at https://quickstart.sos.nh.gov/online/BusinessInquire and conducted a search for "Proton Associates LLC." A true and correct copy of the New Hampshire Secretary of State online record for Plaintiff Proton Associates LLC is attached hereto as **Exhibit A.**

3. On July 28, 2025, I visited Plaintiff Proton Associates LLC's PAXEX.AERO's commercial website located at https://paxex.aero/about-paxex-aero/. A true and correct copy of Proton's PAXEX.AERO website "About" page is attached hereto as **Exhibit B**.

4. On July 28, 2025, I visited Plaintiff Proton Associates LLC's commercial website located at https://paxex.aero/membership-account/membership-levels/. A true and correct copy of Proton's PAXEX.AERO website "Membership Levels" page is attached hereto as **Exhibit C**.

5. On July 15, 2025 I visited Plaintiff Seth Miller's LinkedIn page located at https://www.linkedin.com/in/sethbmiller/. A true and correct copy of Mr. Miller's LinkedIn page is attached hereto as **Exhibit D**, with red circle and boxes indicating areas of most relevance.

6. On July 23, 2025, I visited Proton's commercial webpage located at https://paxex.aero/avelo-west-coast-close-breeze-backfill/, which contains an article about Avelo's business activities dated July 17, 2025 and a link to Plaintiff's infringing website www.avelno.com. A true and correct copy of the website is attached hereto as **Exhibit E**. A true and correct copy of the examination report for the webpage showing the embedded link to the infringing www.avelno.com website is attached hereto as **Exhibit F**.

7. On July 28, 2025, I visited Proton's commercial webpage located at www.wandr.me. A true and correct copy of the website's homepage is attached hereto as **Exhibit G**. Proton also maintains a blog titled "*Wandering Aramean*" available at https://blog.wandr.me/. A true and correct copy of the *"Wandering Aramean*" blog page is attached hereto as **Exhibit H**.

8. On July 15, 2025, I visited the BlueSky social media page for username @wandrme.paxex.aero located at https://web-cdn.bsky.app/profile/wandrme.paxex.aero and https://bsky.app/profile/wandrme.paxex.aero. True and correct excerpts of the webpages are attached hereto as **Exhibit I**, with red circles indicating posts of most relevance.

9. On August 5, 2025, I visited Avelo's webpage providing information about the

4902-6833-2878, v. 3

1  travel destination Medford, Oregon and its airport located at
2  https://www.aveloair.com/destinations/medford-rogue-valley-or. A true and correct copy of the
3  website is attached hereto as **Exhibit J**.

    I hereby declare under penalty of perjury that the foregoing is true and correct.

    Executed on: August 6, 2025

                                          /s/ Joanna M. Myers
                                       JOANNA M. MYERS, ESQ.

4902-6833-2878, v. 3

**HOWARD & HOWARD ATTORNEYS PLLC**