# Exhibit I

# Exhibit I

Join the conversation

Create account    Sign in

English



# Seth Miller

@wandrme.paxex.aero

7.6K followers · 864 following · 10.6K posts

Aviation journalist specializing in #IFEC, #Loyalty, #PaxEx: paxex.aero

Some #woodworking, too: millerworks.net

NH State Rep serving Dover: miller4nh.com

Follow

Posts    Media    Videos    Feeds    Starter Packs

📌 Pinned

**Seth Miller** @wandrme.paxex.aero · 8mo

Hi, y'all! 👋

I'm obsessed with aviation, mostly how passengers are connected and entertained on board: paxex.aero.

Aviation Starter Pack: bsky.app/starter-pack...

Points & Miles Pack: bsky.app/starter-pack...

I built a bunch of weather bots and other tools for lists and such: nws-bot.us.



PaxEx.Aero | The Business of Passenger Experience
paxex.aero

💬 7    🔁 13    ♡ 91

🔁 Reposted by Seth Miller

**New Hampshire Bulletin** @newhampshirebulletin.com · 7h

Gov. Kelly Ayotte vetoed seven bills Tuesday, many of which were intended to strengthen parental rights, bucking the conservative wing of her party over hotly contested legislation. From @ethandewitt.bsky.social #NHPolitics

Defying party, Ayotte vetoes school book removal bill, other Republican legislation • New Hampshire Bulletin
Gov. Kelly Ayotte vetoed seven bills Tuesday, many of which were intended to strengthen parental rights, bucking the conservative wing of her party over ...
newhampshirebulletin.com

💬 2    🔁 6    ♡ 10

🔁 Reposted by Seth Miller

**Tarnjit Parmar** @tarnjitparmar.bsky.social · 8h

Just before 130 this afternoon, a 'security incident' at yvr prompted a ground stop. A small private aircraft was in the airspace, landed at the airport, and the lone occupant was arrested. The ground stop was 39 minutes, and 9 inbound flights were diverted. Flights are operating normally now.

🔁 5    ♡ 9

🔁 Reposted by Seth Miller

**NH House Democratic Caucus** @nhhousedems.bsky.social · 9h

We defeated the book ban. #NHPolitics

We defeated the book ban.

HB324 VETOED

Search
Trending
Clayton Kershaw    Gavin Newsom
Jasmine Crockett    Severance
NPR Funding    Superman Movie

Privacy · Terms · Help











**Seth Miller** @wandrme.paxex.aero · 1mo
We learned this week that ~50 of the El Salvador transfers arrived with proper documentation and also that more deportations to third countries happened in violation of court orders.

Avelo still thinks the money is worthwhile. And that's why I'm still fighting.

💬 1     🔁 14     ♡ 71

**Seth Miller** @wandrme.paxex.aero · 1mo
The Avelo deportation flights are running. That's why we're running billboards to inform consumers they should pick a different airline.

bsky.app/profile/jjin...

> 🛩 **JJ in DC** @jjindc.bsky.social · 1mo
> 🚨 AVELO RENDITION FLIGHTS ✈️ ✈️
>
> AVELO 47: Phoenix ➡️ El Paso ➡️ HONDURAS
>
> AVELO 48: Phoenix ➡️ El Paso ➡️ GUATEMALA

💬 3     🔁 25     ♡ 56

**Seth Miller** @wandrme.paxex.aero · 1mo
Coming up at the top of the hour: An anti-Avelo/ICE press conference with StopAvelo.org and several interested parties. I'm one of the folks speaking about what I did with the #avelNO campaign, hoping to motivate others to act. Tune it here: zoom.us/j/9659054654....

**zoom**

Join our Cloud HD Video Meeting
Zoom is the leader in modern enterprise cloud communications.
🔗 zoom.us

💬 1     🔁 7     ♡ 24

**Seth Miller** @wandrme.paxex.aero · 1mo
My setup in Logan for the @stopavelo.bsky.social press conference. Super grateful to not be disrupted by a Special Security Announcement, lost items, final boarding, or any of the other announcements so common overhead.

💬 2     🔁     ♡ 23

**Seth Miller** @wandrme.paxex.aero · 1mo
Some additional coverage in New Haven about the #avelNO billboards, and a peek at the new designs that are going back up. The fight continues.

www.newhavenindependent.org/article/avel...






**Seth Miller** @wandrme.paxex.aero · 15h
A few other metrics charted for Avelo.

Costs track pretty closely to ASMs, which makes sense given that flying planes is what costs an airline money. LF, fares, revene, total pax don't seem to care about those costs, though.

Advertising, "other materials" expenses spiked recently.

💬 1    🔁 1    ♡ 5    ⬆    …

**Seth Miller** @wandrme.paxex.aero · 13h
bsky.app/profile/step...

**Stephan Segraves** @stephan.wtf · 13h
Translation: "We really like flying around kidnapping victims and it's good money... so why not?"

**avelo**

Dear West Coast Customers,

We want to share an important update: Avelo Airlines will be ending service from several West Coast airports next month and later this year. This includes our original base at Hollywood Burbank Airport (BUR). Below are the final days Avelo will operate flights from each of these airports.

- Portland/Salem, OR (SLE) - 8/10/2025
- Sonoma County, CA (STS) and Las Vegas, NV (LAS) - 8/11/2025
- Kalispell, MT (FCA) - 8/30/2025
- Redmond/Bend, OR (RDM) and Eugene, OR (EUG) - 12/1/2025
- Eureka/Arcata, CA (ACV), Pasco/Tri-Cities, WA (PSC), Medford, OR (MFR), and Burbank, CA (BUR) - 12/2/2025

This was not an easy decision. Our company's deepest operational roots are in BUR, having launched our first flight there over four years ago during the COVID pandemic. There is rarely one singular reason why decisions like this are made, and this one is no different. We believe the continuation of service from BUR in the current operating environment will not deliver adequate financial returns in a highly competitive backdrop. We intend to redeploy these BUR aircraft to business areas where we see more efficient longer-term growth prospects, while also building depth and breadth to our East Coast operation.

We are deeply grateful for the support from the communities we've served on the West Coast, and we thank you for flying with us.

Andrew Levy
CEO, Avelo Airlines

💬 1    🔁 2    ♡ 10    ⬆    …

**Seth Miller** @wandrme.paxex.aero · 13h
At the end of the day Avelo tries to find niche, underserved markets and induce traffic with low fares. In the thinnest markets the competition is the couch (ie pax just not traveling), not other airlines.

And uncertainty, if not actual economic decline, is hitting the bottom of the market.

💬    🔁    ♡ 14    ⬆    …

**Joseph P. Hillenburg** @cobaltjacket.com · 25d
They could try just not being assholes.

💬 1    🔁    ♡ 3    ⬆    …

**ShiftKicker** @shiftkicker.bsky.social · 25d
Right? It seems like a whole lot of time. money and effort to hide and/or justify facilitating unethical and likely illegal removal of people from the US.

💬 1    🔁    ♡ 2    ⬆    …

**Joseph P. Hillenburg** @cobaltjacket.com · 25d
I'm guessing deportations align with the personal politics of the company leadership.

💬    🔁    ♡ 3    ⬆    …