Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com

Andrew M. Smith, Esq.
Oregon Bar No. 172774
Has complied with LR IA 11-2
RESONATE IP, LLC
115 N.W. Oregon Ave., Suite 12
Bend, Oregon 97703
Telephone: (541) 240-8020
Email: dsmith@resonateip.com

*Attorneys for Defendant Avelo, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROTON ASSOCIATES LLC, and SETH MILLER,<br><br>          Plaintiffs,<br>     v.<br><br>AVELO, INC.,<br><br>          Defendant. | Case No. 2:25-cv-00856-JCM-BNW<br><br>**DECLARATION OF ANDREW M. SMITH IN SUPPORT OF DEFENDANT AVELO, INC.'S MOTION FOR RECONSIDERATION OF MINUTE ORDER DENYING ITS SPECIAL MOTION TO DISMISS COUNT IV OF THE COMPLAINT PURSUANT TO NEVADA'S ANTI-SLAPP STATUTE** |

4901-7728-0086, v. 1

I, Andrew M. Smith, state the following:

1. I am over eighteen (18) years of age and am an attorney and a member in good standing of the State Bar of Oregon. I am the founder of Resonate IP, LLC, attorneys for Defendant and Counterclaimant Avelo, Inc. ("Avelo"). Resonate IP is a full-service intellectual property law firm specializing in all aspects of trademarks and brand protection. I have never been disciplined by any court or any state or federal bar organization. I am currently applying to appear in this action *pro hac vice*. If called as a witness, I could and would competently testify to the following facts, all of which are within my personal knowledge unless stated upon information and belief.

2. As set forth in my June 18, 2025 declaration (ECF No. 14-1), on or about May 9, 2025, I sent two cease and desist letters (the "Letters") on behalf of Avelo to: (1) Seth Miller ("Mr. Miller") and Proton Associates LLC ("Proton"); and (2) Russell Primeaux, ("Mr. Primeaux"), counsel for Lamar Advertising ("Lamar").

3. I have represented Avelo in connection with intellectual property matters since October 5, 2020, commencing with representation at my former firm Holey & Menker PA and continuing on with Resonate IP, LLC, as of May 17, 2021. My representation of Avelo has included the prosecution of applications seeking federal trademark registrations and in connection with trademark and other intellectual property litigation. I have also regularly advised Avelo regarding the scope and enforcement of its intellectual property on several matters. As a result of this experience, I am very familiar with Avelo's copyright and trademark portfolio.

4. The statements contained in the Letters were based on my professional, good faith legal analysis and on my extensive experience with, and knowledge of, Avelo's intellectual property portfolio. The statements in the Letters were true to the best of my knowledge and based on my own good faith opinions of the law and the scope of Avelo's intellectual property. I do not believe that any statements in the Letters were false so, necessarily, no statements in the Letters were made with knowledge of any falsehood contained in them. Avelo authorized me to send the Letters on its behalf. As someone who regularly communicates with Avelo and advises it on intellectual property issues, I know that Avelo was seriously considering, in good faith, the

initiation of judicial proceedings against Plaintiffs and Lamar at the time I sent the Letters (as the Letters make clear, I believe). Avelo would not have authorized the sending of the Letters without such a good faith belief and contemplation. In fact, I firmly believe it likely that judicial proceedings would have been instituted by Avelo had Plaintiffs not filed this action first.

5. After sending the Letters to Plaintiffs and to Lamar's counsel, on or about May 12, 2025, I began reaching out to attorneys who I believed may be able to act as litigation counsel for Avelo in connection with its potential lawsuit against Lamar to enforce its intellectual property rights.

\* \* \*

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 8, 2025

                              /s/ Andrew M. Smith

                              ANDREW M. SMITH, ESQ.

4901-7728-0086, v. 1