| | |
|---|---|
| Charles Gerstein<br>Has complied with LR IA 11-2<br>Jeremy Shur<br>Has complied with LR IA 11-2<br>GERSTEIN HARROW LLP<br>400 7th Street NW, Suite 304<br>Washington, DC 20025<br>charlie@gerstein-harrow.com<br>jeremy@gersteinharrow.com<br>(202) 670-4809<br><br>Jason Harrow<br>Has complied with LR IA 11-2<br>GERSTEIN HARROW LLP<br>12100 Wilshire Blvd. Suite 800<br>Los Angeles, CA 90025<br>jason@gerstein-harrow.com<br>(323) 744-5293 | Bradley S. Schrager, Esq. (SBN 10217)<br>Daniel Bravo, Esq. (SBN 13078)<br>BRAVO SCHRAGER LLP<br>6675 South Tenaya Way, Suite 200<br>Las Vegas, Nevada 89113<br>Tele.: (702) 996-1724<br>Email: bradley@bravoschrager.com<br>Email: daniel@bravoschrager.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROTON ASSOCIATES LLC, and SETH MILLER,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>AVELO, INC.,<br><br>　　　　Defendant. | Case No.: 2:25-cv-00856-CDS-BNW<br><br>**DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

SCHEDULING ORDER

Plaintiffs Seth Miller and Proton Associates, LLC and Defendant Avelo, Inc. submit this stipulated Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 16 and 26, as well as LR 16-1 and 26-1.

Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a), the parties' counsel held a videoconference on August 5, 2025. Plaintiffs were represented by Charlie Gerstein, Jasson Harrow, and Jeremy Shur. Avelo was represented by Jonathan W. Fountain, Joanna Myers, and Caleb Green.

The parties hereby request that the Court enter the following discovery plan and scheduling order:

**1. Discovery Plan**

| | |
|---|---|
| Discovery Cut-Off | **1/14/2026** (210 days from the date Defendant filed its Answer) |
| Deadline to Amend Pleadings | **10/16/2025** (90 days prior to the close of discovery) |
| Deadline to Disclose Initial Expert Disclosures | **11/15/2025** (60 days prior to the close of discovery) |
| Deadline to Disclose Rebuttal Expert Disclosures | **12/15/2025** (30 days after the initial disclosure of experts) |
| Deadline to File Dispositive Motions | **2/13/2026** (30 days after the close of discovery) |

The deadlines agreed to are slightly outside of those suggested as "standard" deadlines in the Local Rules because of early motion practice that has already occurred, as well as the winter holidays in 2025. The parties reserve the right to seek extensions of the foregoing deadlines as may become necessary during the course of these proceedings.

**2. Alternate Dispute Resolution Certification**

The parties certify that they met and conferred about the possibility of using

alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties have not reached any stipulations at this stage but are open to meeting with a magistrate judge for a settlement conference at the appropriate time.

### 3. Pre-Trial Order

The parties shall file a joint pretrial order no later than **03/15/2026**, or thirty (30) days after the date set for filing dispositive motions. In the event that parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the last pending dispositive motion or pursuant to further order of the Court. All Rule 26(a)(3) disclosures shall be made in the proposed pre-trial order.

### 4. Extensions or Modifications of the Discovery Plan and Scheduling Order

Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules provided, however, that no application shall be denied for failure to submit the application to the Court prior to 21 days before expiration of the subject deadline.

### 5. Initial Disclosures

All parties shall make their respective initial disclosures on or before **9/5/2025**. Any party seeking damages shall comply with Federal Rules of Civil Procedure 26(a)(1)(A)(iii).

### 6. Protective Order

The parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents. Defendant plans to propose a protective order in due course.

### 7. Electronic Service

The parties agree that pursuant to Rules 5(b)(2)(E) and 6(d) of the Federal

Rules of Civil Procedure, any pleadings or other papers may be served by sending such documents by email.

### 8. Magistrate Judge Consideration

The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties do not consent to trial by a magistrate judge and note that the Short Trial Program no longer exists.

### 9. Electronically Stored Evidence

The parties have discussed the retention and production of electronic data. The parties reserve the right to revisit this issue if a dispute or need arises.

### 10. Electronic Evidence Conference Certification

The parties intend to present evidence in electronic format to jurors for the purposes of jury deliberations at trial. The parties discussed the presentation of evidence for juror deliberations but did not reach any stipulations as to the method at this early stage.

The parties will consult the court's website or contact the assigned judge's courtroom administrator for instructions about how to prepare evidence in an electronic format and other requirements for the court's electronic jury evidence display system.

### ~~11. Discovery Motions~~

~~Before moving for an order relating to discovery, the movant must request a conference with the assigned magistrate judge.~~

### 12. Calculation of Time

Rule 6 of the Federal Rules of Civil Procedure shall apply to the calculation of all deadlines set forth herein. For example, any deadline that falls on a Saturday, a Sunday, or a legal holiday shall continue to the next day that is not a Saturday, a Sunday, or a legal holiday.

13. Additional considerations

The parties conferred about all other topics required under Rule 26(f) and do not believe any additions to this order are appropriate at this time.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC

By: ___/s/ Jonathan W. Fountain___
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
Caleb L. Green, Esq.
Nevada Bar No. 15234
3800 Howard Hughes, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com
Email: clg@h2law.com

*Attorneys for Defendant Avelo, Inc.*

GERSTEIN HARROW LLP

By: ___/s/ Jason Harrow___
Jason Harrow, Esq.
Has complied with LR IA 11-2
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (323) 744-5293
Email: jason@gerstein-harrow.com

Charles Gerstein, Esq.
Has complied with LR IA 11-2
Jeremy Shur, Esq.
Has complied with LR IA 11-2
400 7th Street, N.W., Suite 304
Washington, D.C. 20025
Telephone: (202) 670-4809
Email: charlie@gerstein-harrow.com
Email: jeremy@gerstein-harrow.com

BRAVO SCHRAGER LLP
Bradley S. Schrager, Esq.
Nevada Bar No. 10217
Daniel Bravo, Esq.
Nevada Bar No. 13078
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
Telephone: (702) 996-1724
Email: bradley@bravoschrager.com
Email: daniel@bravoschrager.com

*Attorneys for Plaintiffs*
*Proton Associates LLC and Seth Miller*

**IT IS SO ORDERED**

**DATED:** 11:33 am, August 14, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**