Jonathan W. Fountain, Esq.
Nevada Bar. No. 10351
Joanna M. Myers
Nevada Bar No. 12048
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com
Email: clg@h2law.com

Andrew M. Smith, Esq.
Oregon Bar No. 172774
Has complied with LR IA 11-2
RESONATE IP, LLC
115 N.W. Oregon Ave., Suite 12
Bend, Oregon 97703
Telephone: (541) 240-8020
Email: dsmith@resonateip.com

*Counsel for Defendant Avelo Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROTON ASSOCIATES LLC, and SETH MILLER,<br><br>Plaintiffs,<br>v.<br>AVELO, INC.,<br><br>Defendant. | Case No. 2:25-cv-00856-CDS-BNW<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE THAT, Defendant Avelo, Inc. in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the order of this Court, dated September 24, 2025 (ECF No. 62), denying Defendant Avelo, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 16 & 17).

Dated: this 24th day of October, 2025

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.

1

4905-9963-5061, v. 1

Nevada Bar. No. 10351
Joanna M. Myers
Nevada Bar No. 12048
Caleb L. Green, Esq.
Nevada Bar No. 15234
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com
Email: clg@h2law.com

Andrew M. Smith, Esq.
Oregon Bar No. 172774
Has complied with LR IA 11-2
RESONATE IP, LLC
115 N.W. Oregon Ave., Suite 12
Bend, Oregon 97703
Telephone: (541) 240-8020
Email: dsmith@resonateip.com

*Attorneys for Defendant Avelo Inc.*

2

4905-9963-5061, v. 1