Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com
Email: clg@h2law.com

*Attorneys for Defendant Avelo, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROTON ASSOCIATES LLC, and SETH MILLER,<br><br>                    Plaintiffs<br>v.<br><br>AVELO, INC.,<br><br>                    Defendant | Case No. 2:25-cv-00856-~~JCM~~-BNW<br>CDS<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>(First Request)<br><br>[ECF No. 67] |

    Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiffs Proton Associates LLC and Seth Miller (together, "Plaintiffs" or "Miller"), and Defendant Avelo, Inc. ("Defendant" or "Avelo"), hereby agree and stipulate, and request the Court's permission, to extend the following deadline:

    1.    On November 13, 2025, Plaintiffs filed their Motion for Judgment on the Pleadings (ECF No. 66) (the "Motion"). Under LR 7-2 and Federal Rule of Civil Procedure 6(a)(1)(C), Avelo's response to the Motion is due on November 28, 2025, the day after the Thanksgiving holiday.

    2.    In light of the holiday, the fact that Avelo's Appellant's Brief is due at the Ninth Circuit on November 24, 2025, and several other pending professional commitments of Avelo's undersigned counsel, Avelo has requested, and Plaintiffs have agreed, to grant Avelo a 14-day

extension of time to file its response to the Motion, to December 12, 2025.

3. This is Avelo's first request for an extension of time to respond to the Motion. The parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of this action, and not for purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | GERSTEIN HARROW LLP |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>Joanna M. Myers, Esq.<br>Nevada Bar No. 12048<br>Caleb L. Green, Esq.<br>Nevada Bar No. 15234<br>3800 Howard Hughes, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 257-1483<br>Email: jwf@h2law.com<br>Email: jmm@h2law.com<br>Email: clg@h2law.com<br><br>*Attorneys for Defendant Avelo, Inc.* | By: /s/ Jason Harrow<br>Jason Harrow, Esq.<br>Has complied with LR IA 11-2<br>12100 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br>Telephone: (323) 744-5293<br>Email: jason@gerstein-harrow.com<br><br>Charles Gerstein, Esq.<br>Has complied with LR IA 11-2<br>400 7th Street, N.W., Suite 304<br>Washington, D.C. 20025<br>Telephone: (202) 670-4809<br>Email: charlie@gerstein-harrow.com<br><br>BRAVO SCHRAGER LLP<br>Bradley S. Schrager, Esq.<br>Nevada Bar No. 10217<br>Daniel Bravo, Esq.<br>Nevada Bar No. 13078<br>6675 South Tenaya Way, Suite 200<br>Las Vegas, NV 89113<br>Telephone: (702) 996-1724<br>Email: bradley@bravoschrager.com<br>Email: daniel@bravoschrager.com<br><br>*Attorneys for Plaintiffs*<br>*Proton Associates LLC and Seth Miller* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISRTICT JUDGE

DATED: November 18, 2025

4921-6712-9210, v. 1