Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com
Email: clg@h2law.com

*Attorneys for Defendant/Counterclaimant*
*Avelo, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PROTON ASSOCIATES LLC, and
SETH MILLER,

      Plaintiffs/Counterdefendants

v.

AVELO, INC.,

      Defendant/Counterclaimant

Case No. 2:25-cv-00856-CDS-BNW

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

      Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs/Counterdefendants Proton Associates LLC and Seth Miller (together, "Plaintiffs" or "Proton"), on the one hand, and Defendant/Counterclaimant Avelo, Inc. ("Defendant" or "Avelo"), on the other hand, hereby agree and stipulate to dismiss this civil action, in its entirety, with prejudice, and without an award of attorneys' fees or costs made to any party.

      **IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC

By: _____/s/ Jonathan W. Fountain_____
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
Caleb L. Green, Esq.
Nevada Bar No. 15234
3800 Howard Hughes, Suite 1000
Las Vegas, NV 89169

GERSTEIN HARROW LLP

By: _____/s/ Jason Harrow_____
Jason Harrow, Esq.
Has complied with LR IA 11-2
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (323) 744-5293
Email: jason@gerstein-harrow.com

Charles Gerstein, Esq.

HOWARD & HOWARD ATTORNEYS PLLC

4926-9047-0042, v. 1

Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com
Email: clg@h2law.com

*Attorneys for Defendant Avelo, Inc.*

Has complied with LR IA 11-2
400 7th Street, N.W., Suite 304
Washington, D.C. 20025
Telephone: (202) 670-4809
Email: charlie@gerstein-harrow.com

BRAVO SCHRAGER LLP
Bradley S. Schrager, Esq.
Nevada Bar No. 10217
Daniel Bravo, Esq.
Nevada Bar No. 13078
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
Telephone: (702) 996-1724
Email: bradley@bravoschrager.com
Email: daniel@bravoschrager.com

*Attorneys for Plaintiffs*
*Proton Associates LLC and Seth Miller*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:   April 6, 2026

- 2 -

4926-9047-0042, v. 1

HOWARD & HOWARD ATTORNEYS PLLC